AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE HART,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER RUSSELL E. WHITE JR. #13770, OFFICER JESUS CANO #13648, OFFICER KRAGNYCKWJ #15153, OFFICER JEFFREY J. ZWIT #10336, OFFICER LUIS VEGA #13853, UNKNOWN OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants.<br><br>To: City of Chicago<br>c/o City Clerk<br>121 N. LaSalle rm. 107<br>Chicago, IL 60602 | No.<br><br>Judge<br>Magistrate Judge<br><br>**08 C 761**<br><br>**JUDGE ST. EVE**<br>**MAGISTRATE JUDGE BROWN** |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Blake Horwitz
> LAW OFFICES OF BLAKE HORWITZ, LTD.
> 155 N. Michigan, #723
> Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

---

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**February 5, 2008**
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date 2/8/08 |
| NAME OF SERVER *(PRINT)* John Ochos | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: City Hall c/o City Clerk 121 N. Lasalle rm 107 Chicago, IL 60602

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other specify: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 2/8/08
       Date

Signature of Server

155 N. Michigan Ave #723 Chicago, IL 60601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.