**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

George Hart
                        Plaintiff,

v.                                            Case No.: 1:08–cv–00761
                                            Honorable Amy J. St. Eve

Russell E. White Jr., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendant City of Chicago for extension of time to file answer AGREED [16] is granted. Joint Status Report due by 4/4/2008. Initial Status hearing set for 3/17/2008 is stricken and reset to 4/9/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.