UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of George Hart v. City of Chicago et al | Case | 08 C 761 |
|---|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

William Krasnyckyj, Luis Vega, Russell White, Jr. , Jesus Cano, Jeffrey Zwit

| SIGNATURE |  |
|---|---|
| /s/ Kathryn M. Doi |  |
| FIRM |  |
| City of Chicago, Dept. Of Law |  |
| STREET ADDRESS |  |
| 30 N. LaSalle Street, Suite 1400 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60602 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06274825 | (312) 744-0742 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |