**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE HART, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 761 |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER RUSSELL E. WHITE, JR. | ) | |
| #13770, OFFICER JESUS CANO #13648, | ) | Judge St. Eve |
| OFFICER KRAGNYCKWJ #15153, | ) | |
| OFFICER JEFFREY J. ZWIT #10336, | ) | |
| OFFICER LUIS VEGA #13853, | ) | Magistrate Judge Brown |
| UNKNOWN OFFICERS, and the | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION AND CERTIFICATE OF SERVICE**

**TO:**    Blake Horwitz
Amanda Yarusso
Law Offices of Blake Horwitz, Ltd.
155 N. Michigan, Suite 723
Chicago, IL 60601

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge St. Eve, or before such other Judge sitting in her place or stead, on the 12th day of March, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Agreed Motion.

I hereby certify that I have caused a true and correct copy of the above and foregoing to be delivered via ECF electronic filing to the person named above on this March 6, 2008.

Respectfully Submitted,

**/s/ Kathryn M. Doi**
KATHRYN M. DOI
Assistant Corporation Counsel

30 N. LaSalle, Suite 1400
Chicago, IL 60602
(312) 744-0742
Attorney No. 06274825