UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

George Hart
                      Plaintiff,

v.                                       Case No.: 1:08−cv−00761
                                                     Honorable Amy J. St. Eve

Russell E. White Jr., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge Amy J. St. Eve : MOTION by Defendants Russell E. White, Jr, Jesus Cano, Officer Kragnyckwj, Jeffrey J. Zwit, Luis Vega for extension of time to file answer regarding complaint[1] − AGREED [20] is granted. Defendants to answer or otherwise plead by 4/4/2008.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.