IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE HART,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER RUSSELL E. WHITE JR. #13770, OFFICER JESUS CANO #13648, OFFICER KRAGNYCKWJ #15153, OFFICER JEFFREY J. ZWIT #10336, OFFICER LUIS VEGA #13853, UNKNOWN OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants. | JUDGE ST. EVE<br>MAGISTRATE JUDGE BROWN<br><br>No. 08-c-761 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

JOINT STATUS REPORT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Horwitz         bwhorwitz@att.net

Erica Faaborg         Erica.lobh@gmail.com

Abbas Merchant        Abbas.lobh@gmail.com

Peter A Ahmadian      pahmadian@cityofchicago.org

Kathryn M. Doi        kdoi@cityofchicago.org

Megan Kelly McGrath    megan.mcgrath@cityofchicago.org

                              s/ Erica Faaborg
                              Erica Faaborg, Esq.
                              Horwitz, Richardson, and Baker, LLC
                              20 S. Clark, Suite 500
                              Chicago, IL 60603

1

Tel: 312-676-2100
Fax: 312-372-7076
Erica.lobh@gmail.com