IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE HART, ) | |
| ) | No.   08 C 0761 |
| Plaintiff, ) | |
| ) | JUDGE ST. EVE |
| v. ) | |
| ) | Magistrate Judge Brown |
| OFFICER RUSSELL E. WHITE, JR., #13770, ) | |
| OFFICER JESUS CANO #13648, OFFICER ) | |
| KRAGNYCKWJ, #15153, OFFICER JEFFREY J. ) | |
| ZWIT, #10336, OFFICER LUIS VEGA, #13853, ) | |
| UNKNOWN OFFICERS, and the CITY OF ) | |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

**TO**:   Blake Horwitz, Erica Faaborg              Kathryn M. Doi
Horwitz, Richardson & Baker, LLC         Assistant Corporation Counsel
20 North Clark Street, Suite 500         30 North La Salle St., Suite 1400
Chicago, Illinois 60602                  Chicago, IL 60602

**PLEASE TAKE NOTICE** that on April 4, 2008, the City of Chicago filed its **ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered via the Court's Electronic Filing System, to the persons/entities named above at the address shown on this 4th day of April, 2008.

Respectfully submitted,
MARA S. GEORGES,
Corporation Counsel, City of Chicago

By:   **/s/ *Megan K. McGrath***
MEGAN K. McGRATH
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-8369