IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE HART, | ) | |
| | ) | No.   08 C 0761 |
| Plaintiff, | ) | |
| | ) | JUDGE ST. EVE |
| v. | ) | |
| | ) | Magistrate Judge Brown |
| OFFICER RUSSELL E. WHITE, JR., #13770, | ) | |
| OFFICER JESUS CANO #13648, OFFICER | ) | |
| KRAGNYCKWJ, #15153, OFFICER JEFFREY J. | ) | |
| ZWIT, #10336, OFFICER LUIS VEGA, #13853, | ) | |
| UNKNOWN OFFICERS, and the CITY OF | ) | |
| CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Blake Horwitz, Erica Faaborg          Kathryn M. Doi
      Horwitz, Ricarhdson & Baker, LLC.     Assistant Corporation Counsel
      20 North Clark Street, Suite 500      30 North LaSalle Street, Suite 1400
      Chicago, Illinois 60602               Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court the **Defendant City of Chicago's Motion to Structure Discovery Or, In The Alternative, To Bifurcate The Monell Claims And To Stay Discovery And Trial On The *Monell* Claims,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge St. Eve or before such other Judge sitting in her place or stead, on the 10th day of April, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

DATED at Chicago, Illinois this 7th day of April, 2008.

                                    Respectfully submitted,

                                    s/ Peter Ahmadian
                                    Peter Ahmadian
                                    Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
312-744-0898