UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

George Hart
                      Plaintiff,

v.                                                 Case No.: 1:08–cv–00761
                                                        Honorable Amy J. St. Eve

Russell E. White Jr., et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Defendant City of ChicagoTo Structure Discovery Or, In The Alternative, To Bifurcate The Monell Claims And To Stay Discovery And Trial On The Monell Claims [30] is entered. Response due 4/23/2008. Reply 4/30/2008. Status hearing held on 4/9/2008; ( Status hearing set for 6/4/2008 at 08:30 AM. The Court adopts the joint status report. Rule 26(a)(1) disclosures due 4/20/2008. Written discovery to be issued 4/28/2008. Fact discovery ordered closed by 9/30/2008. Plaintiff's expert disclosures with reports due 10/24/2008. Defendant's expert disclosures with reports due 11/26/2008. Expert discovery ordered closed by 12/20/2008. Appearance on the noticed motion [30] for 4/10/2008 is stricken. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.