IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE HART,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER RUSSELL E. WHITE JR. #13770, OFFICER JESUS CANO #13648, OFFICER KRAGNYCKWJ #15153, OFFICER JEFFREY J. ZWIT #10336, OFFICER LUIS VEGA #13853, UNKNOWN OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants. | JUDGE ST. EVE<br>MAGISTRATE JUDGE BROWN<br><br>No. 08-c-761 |

## NOTICE OF MOTION

On April 30, 2008 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge St. Eve at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND AGREED MOTION FOR EXTENSION

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Horwitz        bwhorwitz@att.net

Erica Faaborg        Erica.lobh@gmail.com

Abbas Merchant       Abbas.lobh@gmail.com

Peter A Ahmadian     pahmadian@cityofchicago.org

Kathryn M. Doi       kdoi@cityofchicago.org

1

Megan Kelly McGrath    megan.mcgrath@cityofchicago.org

                                                s/ Erica Faaborg
                                                Erica Faaborg, Esq.
                                                Horwitz, Richardson, and Baker, LLC
                                                20 S. Clark, Suite 500
                                                Chicago, IL 60603
                                                Tel: 312-676-2100
                                                Fax: 312-372-7076
                                                efaaborg@hrbattorneys.com