# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

George Hart
                        Plaintiff,

v.                                                         Case No.: 1:08–cv–00761
                                                             Honorable Amy J. St. Eve

Russell E. White Jr., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Motion for extension of time to file response/reply regarding MOTION by Plaintiff George Hart for extension of time to file response/reply as to motion for miscellaneous relief[30] *AGREED*[34] [34] is granted( Responses due by 5/8/2008, Replies due by 5/15/2008.) Appearance on this noticed motion for 4/30/2008 is stricken.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.