IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE HART,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER RUSSELL E. WHITE JR. #13770, OFFICER JESUS CANO #13648, OFFICER KRAGNYCKWJ #15153, OFFICER JEFFREY J. ZWIT #10336, OFFICER LUIS VEGA #13853, UNKNOWN OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants. | JUDGE ST. EVE<br>MAGISTRATE JUDGE BROWN<br><br>No. 08-c-761 |

## NOTICE OF MOTION

On May 14, 2008 at 8:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge St. Eve at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF AGREED MOTION AND AGREED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT CITY OF CHICAGO'S MOTION TO BIFURCATE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Horwitz        bwhorwitz@hrbattorneys.com

Erica Faaborg        efaaborg@hrbattorneys.com

Abbas Merchant       amerchant@hrbattorneys.com

1

Peter A Ahmadian     pahmadian@cityofchicago.org

Kathryn M. Doi     kdoi@cityofchicago.org

Megan Kelly McGrath     megan.mcgrath@cityofchicago.org

    s/ Erica Faaborg
    Erica Faaborg, Esq.
    Horwitz, Richardson, and Baker, LLC
    20 S. Clark, Suite 500
    Chicago, IL 60603
    Tel: 312-676-2100
    Fax: 312-372-7076
    efaaborg@hrbattorneys.com