IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE HART,<br><br>     Plaintiff,<br><br>v.<br><br>OFFICER RUSSELL E. WHITE JR. #13770, OFFICER JESUS CANO #13648, OFFICER JEFFREY J. ZWIT #10336, OFFICER LUIS VEGA #13853, and the CITY OF CHICAGO,<br><br>     Defendants. | JUDGE ST. EVE<br>MAGISTRATE JUDGE BROWN<br><br><br>No. 08-c-761 |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on May 13, 2008, I have caused to be filed with the Clerk of the above Court the attached First Amended Complaint.

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

FIRST AMENDED COMPLAINT and NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Wolfe Horwitz     bhorwitz@hrbattorneys.com

Kathryn M. Doi     kdoi@cityofchicago.org

Peter A Ahmadian     pahmadian@cityofchicago.org

Amanda Sunshine Yarusso     ayarusso@hrbattorneys.com

Megan Kelly McGrath     megan.mcgrath@cityofchicago.org

                                                               <u>s/ Erica Faaborg</u>  
                                                               Erica Faaborg  
                                                               Horwitz, Richardson, & Baker LLC.  
                                                               20 S. Clark, Suite 500  
                                                               Chicago, Illinois  60603  
                                                               Tel: (312) 616-2100  
                                                               Fax: (312) 372-7076  
                                                               efaaborg@hrbattorneys.com