**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

George Hart
         Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00761
　　　　　　　　　　　　　　　　　Honorable Amy J. St. Eve

Russell E. White Jr., et al.
         Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, May 21, 2008:

  MINUTE entry before the Honorable Amy J. St. Eve:Defendant's Motion to structure Discovery, or, In the Alternative, To Bifurcate The Monell Claims and To Stay Discovery and Trial on the Monell Claims is denied as moot in light of the Stipulation regarding discovery. (R. 30−1). The parties agreed motion (R. 42−1) is granted. Mailed notice(tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.