**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE HART, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 761 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| OFFICER RUSSELL E. WHITE, JR. | ) | |
| #13770, OFFICER JESUS CANO #13648, | ) | |
| OFFICER JEFFREY J. ZWIT #10336, | ) | Magistrate Judge Brown |
| OFFICER LUIS VEGA #13853, and the | ) | |
| CITY OF CHICAGO, | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

**TO:**   Blake Horwitz, Erica Faaborg          Megan McGrath
Horwitz, Richardson & Baker LLC          City of Chicago
20 S. Clark, Suite 500          30 N. LaSalle, Suite 1020
Chicago, IL 60603          Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, DEFENSES AND JURY DEMAND**, a copy of which is attached hereto and herewith served upon you.

I hereby certify that I have caused a true and correct copy of the above and foregoing to be delivered via ECF electronic filing to the person named above on this May 23, 2008.

Respectfully Submitted,

/s/ **Kathryn M. Doi**
KATHRYN M. DOI
Assistant Corporation Counsel

30 N. LaSalle, Suite 1400
Chicago, IL  60602
(312) 744-0742
Attorney No. 06274825