IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE HART, | ) | |
| | ) | No.   08 C 0761 |
| Plaintiff, | ) | |
| | ) | JUDGE ST. EVE |
| v. | ) | |
| | ) | Magistrate Judge Brown |
| OFFICER RUSSELL E. WHITE, JR., #13770, | ) | |
| OFFICER JESUS CANO #13648, OFFICER | ) | |
| JEFFREY J. ZWIT, #10336, | ) | |
| OFFICER LUIS VEGA, #13853, | ) | |
| and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

**TO**:   Blake Horowitz
Horwitz, Richardson, and Baker LLC
20 South Clark Street, Suite 500
Chicago, IL 60603

   **PLEASE TAKE NOTICE** that on May 23, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** a copy of which is attached hereto.

   I hereby certify that I have served this notice and the attached document by electronic means to the person named above this 23rd day of May, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369
megan.mcgrath@cityofchicago.org