UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

George Hart
                        Plaintiff,

v.                                                 Case No.: 1:08–cv–00761
                                                Honorable Amy J. St. Eve

Russell E. White Jr., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's counsel informing the Court that the parties have reached an agreement to settle the case, this case is hereby dismissed without prejudice with leave reinstate by 7/3/08, after which time said dismissal will be with prejudice. All pending dates and deadlines are hereby stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.