IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE HART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 08 C 761 |
| ) | |
| CHICAGO POLICE OFFICERS RUSSELL ) | Judge St. Eve |
| WHITE, JR. (#13770), JESUS CANO (#13648), ) | |
| JEFFREY ZWIT (#10336), LUIS VEGA (#13853) ) | Magistrate Judge Brown |
| and the CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

ERICA FAABORG
Attorney for Plaintiff
Horwitz, Richardson & Baker LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
(312) 676-2100
Attorney No. 6291537
DATE: June 9, 2008

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY: MEGAN MCGRATH
Assistant Corporation Counsel
30 N. LaSalle, Suite 1040
Chicago, IL 60602
(312) 744-8369
Attorney No. 6288408
DATE: 1/4/10/07

KATHRYN DOI
Assistant Corporation Counsel
Attorney for individual defendants
30 N. LaSalle, Suite 1400
Chicago, IL 60602
(312) 744-0742
Attorney No. 6274825
DATE: 6/10/08

08 C 761