IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE HART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 08 C 761 |
| ) | |
| CHICAGO POLICE OFFICERS RUSSELL ) | Judge St. Eve |
| WHITE, JR. (#13770), JESUS CANO (#13648), ) | |
| JEFFREY ZWIT (#10336), LUIS VEGA (#13853) ) | Magistrate Judge Brown |
| and the CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, George Hart, by one of his attorneys, Erica Faaborg of Horwitz, Richardson & Baker LLC, and Defendants, Russell White, Jr., Jesus Cano, Jeffrey Zwit and Luis Vega, by one of their attorneys, Kathryn Doi, and Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised of the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, George Hart, against Defendants, City of Chicago, Russell White, Jr., Jesus Cano, Jeffrey Zwit and Luis Vega, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
Hon. Amy J. St. Eve
United States District Judge

DATED: 6-11-08