**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

George Hart
                          Plaintiff,

v.                                        Case No.: 1:08–cv–00761
                                              Honorable Amy J. St. Eve

Russell E. White Jr., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's oral motion to extend the period of reinstatement is granted. The case will remain dismissed without prejudice with Plaintiff now having leave to reinstate by 8/15/08 after which time said dismissal will be with prejudice. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.